UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOLLINGER SHIPYARDS LOCKPORT, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 20-371 |
| BOUCHARD TRANSPORTATION CO., INC., ET AL. | SECTION "R" (3) |

## ORDER AND REASONS

Defendant, Bouchard Transportation Co., Inc., filed for bankruptcy in the Southern District of Texas.[1] This bankruptcy filing results in an automatic stay of judicial and administrative proceedings against the debtors.

Accordingly, IT IS ORDERED that this matter is STAYED and administratively closed, reserving the right of any party to file to reopen the matter once the bankruptcy issue is resolved.

New Orleans, Louisiana, this __7th__ day of October, 2020.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 60.